UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>M & M GENERAL CARPENTRY, LLC,<br>M & M CARPENTRY CONTRACTORS, LLC,<br>and NORMA URGILES SAETEROS as<br>Administrator Ad Prosequendum for THE<br>ESTATE OF WILSON PATRICIO SAITEROS<br>ENRIQUE,<br><br>*Defendants.* | Civil No.: 19-cv-11029 (KSH) (CLW)<br><br><br><br><u>**ORDER AND JUDGMENT**</u> |

**THIS MATTER** having been opened to the Court on motion of Kennedys CMK LLP, attorneys for plaintiff Evanston Insurance Company ("Evanston"), for the entry of default judgment against defendant M & M General Carpentry, LLC, M & M Carpentry Contractors, LLC, and Norma Urgiles Saeteros as Administrator Ad Prosequendum for the Estate of Wilson Patricio Saiteros Enrique (collectively, "defendants"), and it appearing that the summons and amended complaint were duly served on defendants, and default having been previously entered against defendants for their failure to plead or otherwise defendant in this action; and the Court having considered the moving papers, and no opposition having been filed; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 14th day of July, 2020,

**ORDERED** that Evanston's motion for final judgment by default (D.E. 11) is **GRANTED**; and it is further

**ORDERED** that default judgment is hereby entered in favor of Evanston and against defendants in this declaratory judgment insurance action; and it is further

1

**ORDERED** that Evanston owes no coverage obligation to defendants M & M General Carpentry, LLC and M & M Carpentry Contractors, LLC, for any claims that have been or may be asserted in the lawsuit styled *Patrik Leonel Saiteros Urgiles, Kevin Alexander Saiteros Urgiles, and Yadira Nicole Saiteros Urgiles, through their Guardian Ad Litem Norma Urgiles Saeteros, Administrator Ad Prosequendum for the Estate of Wilson Patricio Saiteros Enrique, Deceased v. BCS Marketing Solutions, Inc., BCS Construction, M & M Carpentry Contractors LLC, and M & M General Carpentry LLC*, Docket No. ESX-L-6227-17; and it is further

**ORDERED** that defendant Norma Urgiles Saeteros, Administrator Ad Prosequendum for the Estate of Wilson Patricio Saiteros Enrique, is bound by the declaration of no coverage as to defendants M & M General Carpentry, LLC and M & M Carpentry Contractors, LLC; and it is further

**ORDERED** that a copy of this order and judgment shall be served upon all parties within seven days of receipt.

The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden<br>Katharine S. Hayden, U.S.D.J.